# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-cr-00074-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  TREMAYNE MILLER,

    Defendant.

---

# ORDER

---

    THIS MATTER comes before the Court on the Government's Motion to Disclose Grand Jury Material, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I).

    HAVING REVIEWED the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore

    ORDERED that the Government's motion is granted, and that Grand Jury testimony and Grand Jury exhibits may be disclosed to the Defendant and Defendant's attorney in the course of discovery in this case.  It is further

    ORDERED that such materials shall only be used in defending this case, that such materials shall be disclosed only to the Defendant and counsel for the Defendant, that the

Defendant's attorney shall maintain custody of such materials, and shall not reproduce or disseminate the same, and that such materials shall be returned to the United States at the end of the case.

DATED April 5, 2007.

BY THE COURT:

s/ Robert E. Blackburn
_____
ROBERT E. BLACKBURN
UNITED STATES DISTRICT COURT JUDGE